JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL CHEATHAM,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN OF VICTORVILLE CAMP FCI MEDIUM, I,<br><br>    Respondent. | Case No. 2:23-cv-06220-SPG (PD)<br><br>**JUDGMENT** |

  Pursuant to the Order Granting Petitioner's Request to Voluntarily Dismiss the Petition, IT IS ADJUDGED that the Petition is dismissed without prejudice.

  **IT IS SO ORDERED.**

DATED: March 25, 2024

               HON. SHERILYN PEACE GARNETT
               UNITED STATES DISTRICT JUDGE